**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Carolyn A. Neal,

    Plaintiff,

          v.                                                Case No. 1:08cv512

Commissioner of Social Security,                Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 2, 2009 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision by the ALJ is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) consistent with the report by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                      <u>*S/Michael R. Barrett*</u>
                                                      Michael R. Barrett
                                                     United States District Judge