# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Carolyn Neal,

    Plaintiff,

           v.                        Case No. 1:08cv512

Michael J. Astrue, Commissioner of
Social Security,                        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 17, 2009 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Amended Motion for Fees and Costs (Doc. 18) and the parties' Joint Motion to Award Attorney Fees (Doc. 16) are **GRANTED**.

This Court awards plaintiff fees in the amount of $3,035.00 under the Equal Access to Justice Act, title 28 U.S.C. § 2412(d).

**IT IS SO ORDERED.**

                                                *S/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge